# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVIVAL HEALTH PHARMACY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S PHARMACY SOURCE, LLC, an Ohio Limited Liability Company,<br><br>Defendant. | Case No. 2:24-cv-04253-MWF-MAA<br>Hon. Michael W. Fitzgerald<br><br>**PRELIMINARY INJUNCTION** |

Having considered Plaintiff Revival Health Pharmacy, LLC's Ex Parte Application for Preliminary Injunction (the "Application" (Docket No. 18)), the declarations and documents supporting the Application, and the pleadings and other records on file in this action, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court now **ORDERS** as follows:

IT IS HEREBY ORDERED that, pending final resolution of this action, Defendant Americas Pharmacy Source, LLC and its employees, agents, and any other persons acting with Defendant or on Defendant's behalf who receive actual notice of this Preliminary Injunction by personal service or otherwise are:

1. **ORDERED** to transfer the pharmacy licenses to Plaintiff pursuant to the Binding Letter of Understanding for Sale of LLC Membership Interest (the "Agreement" (Docket No. 1-1));

2. **ORDERED** to transfer, sell, and assign 100% of the ownership interest in eazyScripts Technology, LLC ("eazyScripts") to Plaintiff pursuant to the Agreement;

3. **ENJOINED** from any and all of the following activities:
    a. using the pharmacy licenses at issue in the Agreement;
    b. interfering with Plaintiff's continued use of eazyScripts; and
    c. liquidating any assets, equities, or monies, or otherwise harming the interests, of eazyScripts or otherwise depleting the resources or market value of eazyScripts.

**IT IS SO ORDERED.**

Dated: June 21, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge