JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| REVIVAL HEALTH PHARMACY, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S PHARMACY SOURCE, LLC<br><br>Defendant. | Case No: 2:24-cv-04253-MWF-MAA<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFAULTED DEFENDANT** |

---

**DEFAULT JUDGMENT**

On December 2, 2025, the Court **GRANTED** a Motion for Default Judgment (Docket No. 66) in favor of Plaintiff Revival Health Pharmacy, LLC.

Good cause having been shown and pursuant to Rules 54, 55, and 65 of the Federal Rules of Civil Procedure and Local Rule 55-3,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiff Revival Health Pharmacy, LLC and against Defendant America's Pharmacy Source, LLC.

2. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendant America's Pharmacy Source, LLC and its officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them are ORDERED to comply with the following:

    a. Defendant America's Pharmacy Source must, within 30 days of this Order, transfer fifty (50) percent of any and all outstanding stock or ownership in America's Pharmacy Source to Plaintiff Revival Health Pharmacy, LLC;

    b. Defendant America's Pharmacy Source must, within 30 days of this Order, complete all steps necessary to transfer ownership of any pharmacy license possessed by America's Pharmacy Source, in any state, as illustrated in Exhibit A to the Declaration of Aaron Wagner (Docket No. 67), to Plaintiff Revival Health Pharmacy, LLC or any entity designated by Plaintiff. This includes submission of all documents required by any state board of licensing or other licensing entity, requested by the state licensing board or Plaintiff during the process of completing the license transfers. Defendant shall reasonably cooperate with any request by Plaintiff or the state licensing boards related to the transfer of the licenses to Plaintiff, or its designated entity. Defendant shall also renew any expired license

and/or reimburse Plaintiff for any costs associated with renewing any expired license identified in Exhibit A to the Declaration of Aaron Wagner.

3. Plaintiff Revival Health Pharmacy, LLC, shall recover its costs as provided by law. Each party shall bear its own attorneys' fees.

Dated: December 8, 2025

_____
Hon. Michael W. Fitzgerald
United States District Court Judge